**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6759**

―――――――――

FREEMAN CARVER,

                                    Petitioner - Appellant,

        versus

THEODIS BECK; JIM CAUBLE, Superintendent,

                                    Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Graham C. Mullen, Chief District Judge.  (CA-00-96-2-MU)

―――――――――

Submitted:  September 21, 2000     Decided:  September 28, 2000

―――――――――

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Freeman Carver, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freeman Carver seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Carver v. Beck, No. CA-00-96-2-MU (W.D.N.C. May 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED